UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:25-CV-02918 |
| | : | |
| 45.6 BITCOIN ASSOCIATED WITH | : | |
| STAKE.COM ACCOUNT | : | |
| "CCCWOW123" | : | |
| Defendant. | : | |

## STATUS REPORT

The United States identified additional parties who may reasonably have an interest in the Defendant Property. The United States sent notice today to these additional parties on March 18, 2026. Pursuant to Supplemental Rule G(b)(ii)(B), the deadline to file a claim is 35 days from the date notice was sent.

Respectfully submitted,
JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Rick Blaylock
Rick Blaylock
Assistant United States Attorney
Asset Forfeiture Coordinator
Texas Bar Number 24103294
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
Telephone: 202-252-6765
Email: rick.blaylock.jr@usdoj.gov